UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED AUG 1 7 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: CYNTHIA JEAN PEARSON )
) Case No. 10-37133 B13
)
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **CYNTHIA JEAN PEARSON**, seeking payment of funds previously unclaimed by **CYNTHIA JEAN PEARSON** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **CYNTHIA JEAN PEARSON** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 4,266.20 from the **TREASURY REGISTRY** to:

CYNTHIA JEAN PEARSON
4375 OXWOOD DRIVE
SACRAMENTO, CA 95826

DATED: AUG 1 7 2011

_Thomas C. Holman_
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)